AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| QIUAN'TRE JAMIEL DAEZION TAYLOR A/K/A QIUANTRE JAMIEL DAEZION EVERYBODYTALKSABOUT | ) ) ) ) ) |

Case No. 3:25-cr-00332-AN-1

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    QIUAN'TRE JAMIEL DAEZION TAYLOR                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment      ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Felon in Possession of a Firearm - 18 U.S.C. § 922(g)(1)

Date: 8-19-25

City and state:     Portland, Oregon

*Issuing officer's signature*

JEFF ARMISTEAD
Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/19/2025, and the person was arrested on *(date)* 9/30/2025
at *(city and state)* PORTLAND, OR

Date: 9/30/2025

*Arresting officer's signature*

KALOS ANDERSON / DUSM
*Printed name and title*